UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| VERMILION PARISH HOSPITAL SERVICE DISTRICT NO. 2, d/b/a ABBEVILLE GENERAL HOSPITAL | CIVIL ACTION NO. 06-2387 |
| VERSUS | JUDGE MELANÇON |
| BAXTER HEALTHCARE CORPORATION | MAGISTRATE JUDGE HILL |

### JUDGMENT OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice [Rec. Doc. 24]. Having considered the stipulation and the record before the Court, it is

**ORDERED** that this action is hereby **DISMISSED** with prejudice, with each party to bear its own costs of court.

Thus done and signed this 20th day of February, 2008, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE